No. 83–1027. MORTON *v.* HILDEBRANDT ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 83–1046. GJIELI *v.* UNITED STATES; and
No. 83–6087. LULGJURAJ ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Reported below: 717 F. 2d 968.

No. 83–1085. AMERICAN CYANAMID CO. *v.* MELAMINE CHEMI-CALS, INC., ET AL. C. A. 2d Cir. Certiorari denied. 

No. 83–1107. CITY OF DEARBORN ET AL. *v.* AMEN ET AL. C. A. 6th Cir. Certiorari denied. 

No. 83–1146. RAILWAY LABOR EXECUTIVES' ASSN. *v.* UNITED STATES ET AL. Sp. Ct. R. R. R. A. Certiorari denied. ██

No. 83–1151. SPRING *v.* TEXAS. Ct. Crim. App. Tex. Cer-tiorari denied. 

No. 83–1156. WILSON ET AL. *v.* UNITED STATES ET AL. C. A. 8th Cir. Certiorari denied. 

No. 83–1168. AIR LINE PILOTS ASSN., INTERNATIONAL, ET AL. *v.* WESTERN AIR LINES, INC. C. A. 9th Cir. Certiorari de-nied. 

No. 83–1172. RILEY *v.* INTERNATIONAL UNION OF ALLIED IN-DUSTRIAL WORKERS ET AL. App. Ct. Ill., 4th Dist. Certiorari denied. 

No. 83–1179. STENQUIST *v.* STENQUIST. Ct. App. Cal., 4th App. Dist. Certiorari denied. 

No. 83–1181. MELDISH *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 83–1188. SMITH *v.* PENNSYLVANIA BOARD OF LAW EXAM-INERS. Sup. Ct. Pa. Certiorari denied.

No. 83–1189. BOARD OF EDUCATION OF THE NORTHPORT-EAST NORTHPORT UNION FREE SCHOOL DISTRICT ET AL. *v.* AMBACH, COMMISSIONER OF EDUCATION OF THE STATE OF NEW YORK, ET AL. Ct. App. N. Y. Certiorari denied.